# EXHIBIT A

# WORK CAT FLORIDA LLC
## Balance Sheet

| | Apr 30, 21 | | | May 14, 21 |
|---|---:|---|---|---:|
| **ASSETS** | | | **ASSETS** | |
| **Current Assets** | | | **Current Assets** | |
| **Checking/Savings** | | | **Checking/Savings** | |
| Bank of Tampa - Checking | 49,110.30 | | Bank of Tampa - Checking | 314.22 |
| **Total Checking/Savings** | 49,110.30 | | **Total Checking/Savings** | 314.22 |
| **Accounts Receivable** | | | **Accounts Receivable** | |
| **Customer Receivables** | | | **Customer Receivables** | |
| Transplace | 1,468.05 | | LandStar | 24,570.00 |
| **Total Customer Receivables** | 1,468.05 | | Transplace | 1,468.05 |
| **Total Accounts Receivable** | 1,468.05 | | **Total Customer Receivables** | 26,038.05 |
| **Other Current Assets** | | | **Total Accounts Receivable** | 26,038.05 |
| Travel Advance | 1,961.91 | | **Other Current Assets** | |
| Prepaid Insurance | 35,430.90 | | Travel Advance | 1,961.91 |
| **Total Other Current Assets** | 37,392.81 | | Prepaid Insurance | 65,515.95 |
| **Total Current Assets** | 87,971.16 | | **Total Other Current Assets** | 67,477.86 |
| **Fixed Assets** | | | **Total Current Assets** | 93,830.13 |
| Cap Lease Assets - Containers | 740,521.23 | | **Fixed Assets** | |
| Accumulated Depreciation | -96,347.00 | | Cap Lease Assets - Containers | 740,521.23 |
| **Total Fixed Assets** | 644,174.23 | | Accumulated Depreciation | -96,347.00 |
| **TOTAL ASSETS** | **732,145.39** | | **Total Fixed Assets** | 644,174.23 |
| **LIABILITIES & EQUITY** | | | **TOTAL ASSETS** | **738,004.36** |
| **Liabilities** | | | **LIABILITIES & EQUITY** | |
| **Current Liabilities** | | | **Liabilities** | |
| **Accounts Payable** | | | **Current Liabilities** | |
| Balance Due to Vendors | 5,440,591.65 | | **Accounts Payable** | |
| **Total Accounts Payable** | 5,440,591.65 | | Balance Due to Vendors | 5,288,129.54 |
| **Other Current Liabilities** | | | **Total Accounts Payable** | 5,288,129.54 |
| Due to A. Perry | 44,268.00 | | **Other Current Liabilities** | |
| **Total Other Current Liabilities** | 44,268.00 | | Due to A. Perry | 44,268.00 |
| **Total Current Liabilities** | 5,484,859.65 | | **Total Other Current Liabilities** | 44,268.00 |
| **Long Term Liabilities** | | | **Total Current Liabilities** | 5,332,397.54 |

| | | | | |
|---|---:|---|---|---:|
| **Note Payable - Vetting, LLC - 2** | 250,000.00 | | **Long Term Liabilities** | |
| **Note Payable - Vetting, LLC** | 2,000,000.00 | | **Note Payable - Vetting, LLC - 2** | 250,000.00 |
| **Total Long Term Liabilities** | 2,250,000.00 | | **Note Payable - Vetting, LLC** | 2,000,000.00 |
| **Total Liabilities** | 7,734,859.65 | | **Total Long Term Liabilities** | 2,250,000.00 |
| **Equity** | | | **Total Liabilities** | 7,582,397.54 |
| Retained Earnings | -4,365,273.67 | | **Equity** | |
| Net Income | -2,637,440.59 | | Retained Earnings | -4,365,273.67 |
| **Total Equity** | -7,002,714.26 | | Net Income | -2,479,119.51 |
| **TOTAL LIABILITIES & EQUITY** | **732,145.39** | | **Total Equity** | -6,844,393.18 |
| | | | **TOTAL LIABILITIES & EQUITY** | **738,004.36** |