

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/25/2021 03:00 PM

COURTROOM   8B

## HONORABLE CATHERINE MCEWEN

CASE NUMBER:                                    FILING DATE:

**8:21-bk-02588-CPM**          **11**          **05/18/2021**

**Chapter 11**

**DEBTOR:**     Work Cat Florida LLC

**DEBTOR ATTY:**   **Eric Jacobs**

**TRUSTEE:**       **Ruediger Mueller**

**HEARING:**

1-Emergency Motion to Assume Contract with NOWaccount Network Corporation Filed by Eric D Jacobs on behalf of Debtor Work Cat Florida LLC (Attachments: # [1] Mailing Matrix # [2] Exhibit Contract) (Jacobs, Eric) Doc #10

2-Emergency Motion for Authority to Pay Affiliate Officer Salaries Filed by Eric D Jacobs on behalf of Debtor Work Cat Florida LLC (Jacobs, Eric) Doc #17

NOTE:   Expedited Amended Application to Employ Eric D. Jacobs and the Law Firm of Genovese Joblove & Battista, P.A. as General Bankruptcy Counsel Filed by Eric D Jacobs on behalf of Debtor

Work Cat Florida LLC (Doc. 20) Filed 5/20/2021

.

**APPEARANCES::** Eric Jacobs, Ruediger Mueller, Ryan Reinert, Joseph Sheerin, Nathan Wheatley

**RULING:**

1-Emergency Motion to Assume Contract with NOWaccount Network Corporation Filed by Eric D Jacobs on behalf of Debtor Work Cat Florida LLC (Attachments: # [1] Mailing Matrix # [2] Exhibit Contract) (Jacobs, Eric) Doc #10

 ...Continued in open court to 6/2/2021 at 11:00 a.m. - no further notice will be given...

2-Emergency Motion for Authority to Pay Affiliate Officer Salaries Filed by Eric D Jacobs on behalf of Debtor Work Cat Florida LLC (Jacobs, Eric) Doc #17

 ...Granted - Order by Jacobs...

NOTE:   Expedited Amended Application to Employ Eric D. Jacobs and the Law Firm of Genovese Joblove & Battista, P.A. as General Bankruptcy Counsel Filed by Eric D Jacobs on behalf of Debtor
Work Cat Florida LLC (Doc. 20) Filed 5/20/2021

...Approved - Order by Jacobs...

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.