[jiffyordnh] [Bench Order No Hearing +]

ORDERED.

Dated: June 04, 2021

_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                    Case No.
                                                                          8:21–bk–02588–CPM
                                                                          Chapter 11

Work Cat Florida LLC
fka Work Cat Trans Gulf, LLC

_____Debtor*_____/

**ORDER DENYING IN PART EMERGENCY MOTION FOR ENTRY OF AN ORDER: (I) COMPELLING DEBTOR TO IMMEDIATELY ASSUME OR REJECT LEASE AGREEMENT; (II) COMPELLING DEBTOR TO PAY ADMINISTRATIVE EXPENSE CLAIM; (III) COMPELLING DEBTOR TO MAKE POST–PETITION LEASE PAYMENTS; OR ALTERNATIVELY, (IV) MODIFYING THE AUTOMATIC STAY**

THIS CASE came on for consideration without a hearing of the **Emergency Motion for Entry of an Order: (I) Compelling Debtor to Immediately Assume or Reject Lease Agreement; (II) Compelling Debtor to Pay Administrative Expense Claim; (III) Compelling Debtor to Make Post–Petition Lease Payments; or Alternatively, (IV) Modifying the Automatic Stay** (Doc. **54**), filed by **Creditor, Trailer Bridge, Inc.**

The Court having considered the record, the Emergency Motion for Entry of an Order: (I) Compelling Debtor to Immediately Assume or Reject Lease Agreement; (II) Compelling Debtor to Pay Administrative Expense Claim; (III) Compelling Debtor to Make Post–Petition Lease Payments; or Alternatively, (IV) Modifying the Automatic Stay is Denied in part .

The request for relief under (I) will be set for hearing by separate notice. Denied without prejudice as to (II), (III) and (IV) to file separate motions, except relief requested in (II) and (III) may be filed together. In addition, failure to pay the filing fee as to (IV).

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Steven Wirth is directed to serve a copy of this order on interested non–CM/ECF users and file a proof of service within three (3) days of entry of the order.

Approved for entry.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.