[Dntcosth] [NOTICE AND ORDER SCHEDULING PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY]

ORDERED.

**Dated: June 4, 2021**

_Catherine M. Ewen_
Catherine Peek McEwen
United States Bankruptcy Judge

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Case No.
8:21–bk–02588–CPM
Chapter 11

Work Cat Florida LLC
fka Work Cat Trans Gulf, LLC

_____Debtor*_____/

### NOTICE AND ORDER SCHEDULING PRELIMINARY HEARING ON
### MOTION FOR RELIEF FROM STAY

NOTICE IS GIVEN that the preliminary hearing on the motion for relief from the automatic stay imposed by 11 U.S.C. § 362(a) filed by Trailer Bridge, Inc. (Document No. 58) (the "Motion") will be held on June 8, 2021 , at 01:30 PM in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602. Accordingly, it is

**ORDERED**:

1. The automatic stay shall remain in effect until further order of the Court.

2. The deadlines under 11 U.S.C. § 362(1) and (2) are extended to the date of the preliminary hearing.

3. The Court may continue the hearing upon announcement made in open court wihtout further notice.

4. If you oppose the relief sought in the Motion, you must appear at the hearing or your objections or defenses may be deemed waived.

Telephonic Appearance Requirement. Effective March 16, 2020, and continuing until further notice, Judges in all Divisions will conduct all hearings by telephone. Parties should arrange a telephonic appearance through Court Call (866–582–6878) by 5:00 p.m. the business day preceding the hearing.

Avoid delays. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Steven Wirth is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.