UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

WORK CAT FLORIDA, LLC f/k/a
WORK CAT TRANS GULF, LLC,

    Debtor.
_____/

Case No.: 8:21-bk-02588-CPM

Chapter 11

### DEBTOR'S EMERGENCY MOTION TO APPROVE SALE OF POST-PETITION RECEIVABLES TO OTI ENTERPRISE, INC.

*Emergency Hearing Requested on or before June 8, 2021 at 1:30 PM*

WORK CAT FLORIDA, LLC *formerly known as* WORK CAT TRANS GULF, LLC (the "Debtor" or "WCF"), by counsel and pursuant to Sections 105, 363(b)(2), and 364(f) of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), and Fed. R. Bankr. P. 4001, moves for entry of an order approving the sale of receivables post-petition to OTI Enterprises, Inc. In support of this Motion, the Debtor states as follows:

### BACKGROUND

1. On May 18, 2021 (the "Petition Date"), the Debtor filed a voluntary petition commencing this case as a Subchapter V of Chapter 11 of the Bankruptcy Code. The Debtor continues to operate its businesses as debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2. The Debtor and OTI Enterprises, Inc. ("OTI") wish to enter into an agreement in which OTI would purchase those certain receivables through June 5, 2021 or any receivables from the previous two barges and the current barge set to sail on Saturday, June 5, 2021.

3. The Debtor has postponed cancellation of its insurance. As a result, the insurance

will remain in effect through June 10, 2021, with the ability to extend the insurance for an additional payment.

4. Pursuant to the parties' agreement, OTI has agreed to purchase certain receivables from the Debtor. The Debtor needs access to the funds the agreement will generate from the trip the Debtor intends to make, leaving Brownsville Texas, tomorrow, Saturday, June 5, 2021 (the "June 5 Voyage").

5. The Debtor's customer, Landstar Inc., has approved the selling of the following receivables: EBLS2021-31. $24,570.00; EBLS2021-32. $34,945.00; June 5 Voyage of $128,115.00 (collectively, the "Landstar Receivables"). In exchange, OTI will, or has, immediately fund via direct wire transfer $3,000 (Dix), $63,570 (OTI), and $103,921 (Pilot), items that are necessary for the Debtor to depart Brownsville. The net payment from OTI, plus the amount generated from other receivables from the June 5 Voyage will be sufficient to cover all costs of the June 5 Voyage, and the return to Brownsville after the removal of the cargo. The Landstar Receivables have not previously been sold by the Debtor and remain property of the estate.

## **RELIEF REQUESTED**

6. Through this Motion, the Debtor seeks authority from the Court to sell the Landstar Receivables to OTI.

7. The Debtor submits that irreparable harm will result if the Debtor cannot sell its accounts receivables as necessary. Such irreparable harm would include the inability of the Debtor to continue with recent contracts that require the purchase of substantial supplies. The Debtor's employees and the new contracts are critical to the success of the Debtor's efforts to reorganize.

8. The Debtor respectfully requests this Court hear this Motion on an emergency basis so the Debtor can acquire cash to meet its obligations during the pendency of this case, including paying its employees pre-petition wages as sought through separate motion.

9. The Debtor submits that the relief requested in this Motion is in the best interest of the estate as it will provide the ongoing capital the Debtors needs to operate its business and generate revenue for the benefit of its creditors. Failing to grant this motion will cause the Debtor to incur substantial administrative expenses that the Debtor is working to avoid by continuing operations.

**WHEREFORE,** the Debtor respectfully requests entry of an order (i) granting this Motion, (ii) authorizing the Debtor to sell the Landstar Receivables to OTI post-petition; (iii) grant replacement liens to OTI as described in this Motion; and (v) awarding such further relief as this Court may deem just and proper.

DATED: June 4, 2021.

          GENOVESE JOBLOVE & BATTISTA, P.A.
          *Attorneys for Debtor-in-Possession*
          100 N. Tampa Street, Suite 2600
          Tampa, Florida 33602
          Telephone: (813) 439-3100
          Facsimile: (813) 439-3110

By: */s/ Eric D. Jacobs*
      Eric D. Jacobs, Esq.
      Florida Bar No. 85992
      ejacobs@gjb.law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 4, 2021, a true and correct copy of the foregoing document has been furnished via electronic mail by virtue of the Court's CM/ECF notification system to those parties receiving electronic notices via CM/ECF in this case, and via First Class U.S. Mail to:

OTI Enterprise, Inc.
301 W. Platt Street
Tampa, FL 33606

By: */s/ Eric D. Jacobs*
      Eric D. Jacobs, Esq.