UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

                                     Case No.: 8:21-bk-02588-CPM

WORK CAT FLORIDA, LLC f/k/a
WORK CAT TRANS GULF, LLC,                Chapter 11

       Debtor.

_____/

## <u>NOTICE OF HEARING*</u>

NOTICE IS GIVEN THAT:

1.     A preliminary hearing in this case will be held on June 8, 2021 at 1:30 P.M. in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602 on the following matter:

*Debtor's Emergency Motion to Approve Sale of*
*Post-Petition Receivables to OTI Enterprise, Inc.*
[ECF No. 65]

2.     The Court may continue this matter upon open announcement made in open court without further notice.

3.     Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4.     <u>Avoid delays.</u> You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

**\*<u>Telephone Appearance Requirement</u>. Effective March 16, 2020, and continuing until further notice, Judges in all Divisions will conduct all preliminary and non-evidentiary hearings by telephone. For Judges Colton and Williamson, parties should arrange telephonic appearance through Court Solutions (www.court-solutions.com). For Judges Delano, Funk, Jackson, Jennemann, McEwen, and Vaughan, parties should arrange a telephonic appearance through CourtCall (866-582-6878).**

**Should the Court decide to hold this hearing by Zoom, the Court will enter a subsequent Order Establishing Procedures for Video Hearing. For hearings held by Zoom, parties should arrange to attend via Zoom only. Parties that wish to listen only, who do not anticipate active participation, or who lack technology to participate by video may participate telephonically only.**

DATED: June 7, 2021.

GENOVESE JOBLOVE & BATTISTA, P.A.
*Attorneys for Debtor-in-Possession*
100 N. Tampa Street, Suite 2600
Tampa, Florida 33602
Telephone: (813) 439-3100
Facsimile: (813) 439-3110

By:     */s/ Eric D. Jacobs*
Eric D. Jacobs, Esq.
Florida Bar No. 85992
ejacobs@gjb.law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 7, 2021, a true and correct copy of the foregoing document has been furnished via electronic mail by virtue of the Court's CM/ECF notification system, and via First Class U.S. Mail and electronic mail to:

OTI Enterprise, Inc.
301 W. Platt Street
Tampa, FL 33606

By:     */s/ Eric D. Jacobs*
Eric D. Jacobs, Esq.