UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

WORK CAT FLORIDA, LLC f/k/a
WORK CAT TRANS GULF, LLC,

    Debtor.
_____/

Case No.: 8:21-bk-02588-CPM

Chapter 11

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 7, 2021, a true and correct copy of the (1) Debtor's Emergency Motion to Approve Sale of Post-Petition Receivables to OTI Enterprise, Inc. [ECF No. 65]; (2) Certificate of Necessity in Support of Emergency Motion to Approve Sale of Post-Petition Receivables [ECF No. 66]; and (3) Notice of Hearing [ECF No. 71] were furnished via electronic mail and/or facsimile to the L20 (List of 20 Largest Creditors), as indicated below:

Agile Premium Finance
PO Box 549
Newark, NJ
Phone: (862) 419-4720
Email: agents@agile-pf.com
*Unable to leave message or speak with anyone to obtain fax number*

AirIQ
c/o T60065U
PO Box 66512
Chicago, IL 60666
Phone: (888) 606-6444
Email: kfelstead@airiq.com
*Left message for K. Felstead and sent via email*

Art Perry
301 W. Platt Street
Tampa, FL 33606
Fax: (813) 251-9548
art@taylor-corp.net
art@landstarcontainer.com
*Sent via fax and email*

CSX Intermodal Terminals Inc.
500 Water Street
J733, 11th Floor
Jacksonville, FL 32202
Phone: (904) 345-5700
Email: csxi_jacksonville_ramp@csx.com
*Spoke with Abby and sent via email*

Cultivate Brands
917 W. 18th Street, 5th Floor
Chicago, IL 60608
Phone: (312) 994-2404
*Left message for Mark; no fax number available on website*

Direct Chassis Link Inc.
PO Box 603061
Charlotte, NC 28260
Phone: (704) 594-3800
Email: customerservice@dcli.com
*Unable to leave message or speak with anyone to obtain fax number*

Glander International Bunkering
2401 PGA Blvd., Suite 155
Palm Beach Gardens, FL 33410
Phone: (561) 625-5500
Fax: (561) 619-8452
*Spoke with Justin and sent via fax*

Louisiana International Marine LLC
c/o Matthew F. Popp, Esq.
Phone: (504) 526-4332
*Left message for R. Soape, also served via CM/ECF*

Offshore Towing Inc.
PO Box 1463
Larose, LA 70373
Phone: (800) 256-9537
Email: lacey@offshoretowing.com
*Spoke with receptionist and sent via email*

OTI Enterprise
301 W. Platt Street
Tampa, FL 33606
Fax: (813) 251-9548
art@taylor-corp.net
art@landstarcontainer.com
*Sent via fax and email*

Port Isabel Logistical
Offshore Terminal Inc.
PO Box 79198
Houston, TX 77279
Fax: (888) 856-5597
*Sent via fax*

Port Logistics Refrigerated Services
c/o Ryan C. Reinert, Esq.
Phone: (813) 229-8900
*Spoke with Juanita and served via CM/ECF*

Port of Brownsville
1000 Foust Road
Brownsville, TX 78521
Fax: (956) 831-5006
*Sent via fax*

Seabulk Towing
Dept 3320
PO Box 123320
Dallas, TX 75312
Phone: (409) 962-0201
Fax: (409) 963-6129
*Spoke with receptionist and sent via fax*

Signet Maritime Corp.
Nagivation & Operations Center
7400 Foust Road
Brownsville, TX 78521
Fax: (713) 840-1101
Fax: (956) 838-6801
*Sent via fax*

Star Leasing Company
PO Box 76100
Cleveland, OH 44101
Phone: (614) 278-9999
*Left message for Keith Dixon; no fax number available on website*

| | |
|---|---|
| Tampa Port Authority<br>dba Port Tampa Bay<br>1101 Channelside Drive<br>Tampa, FL 33602<br>Phone: (813) 905-7678<br>Kmacleod@tampaport.com<br>*Spoke with Kat and sent via email* | Trailer Bridge, Inc.<br>c/o Steven R. Wirth, Esq.<br>Phone: (813) 223-7333<br>*Left message for K. Collier, and served via CM/ECF* |

Vetting LLC
257 S. Grace Avenue
Elmhurst, IL 60126
Email: steve@workcattransgulf.com
*Sent via email*

I HEREBY FURTHER CERTIFY that, on June 7, 2021, the office of the undersigned counsel conferred, or made reasonable effort to confer, via telephone to advise the parties of the scheduled hearing as indicated above.

DATED: June 7, 2021.

                                           GENOVESE JOBLOVE & BATTISTA, P.A.
                                           *General Counsel to Tomahawk Drive Associates*
                                           100 N. Tampa Street, Suite 2600
                                           Tampa, Florida 33602
                                           Telephone: (813) 439.3100
                                           Telecopier: (813) 439.3110

                                     By: */s/ Eric D. Jacobs*
                                             Eric D. Jacobs, Esq.
                                             Florida Bar No. 85992
                                             Email: ejacobs@gjb.law