UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                  Case No. 8:21-bk-02588-CPM

WORK CAT FLORIDA, LLC f/k/a                          Chapter 11
WORK CAT TRANS GULF, LLC,

        Debtor.
_____/

## MOTION FOR ADMISSION OF
## DAVID N. DREYER TO APPEAR *PRO HAC VICE*
## AND ATTACHED DESIGNATION OF LOCAL COUNSEL

    David N. Dreyer of Dreyer Sterling, LLC ("**Movant**"), pursuant to Local Rule 2090-1 of the Local Rules of the Unites States Bankruptcy Court for the Middle District of Florida, moves this Court for admission to appear pro hac vice, in this case, and any related adversary proceedings, as counsel for NOWAccount Network Corporation, and states as follows:

    1.    Movant is an attorney with the law firm of Dreyer Sterling, LLC, 437 Memorial Drive, Suite A-2, Atlanta, GA 30312; telephone: (470)-354-0600; email address: david@dreyersterling.com.

    2.    Movant is an attorney licensed to practice law and is a member of good standing of the state bar in Georgia.

    3.    Movant is also admitted to practice before and is in good standing with the United States District Court for the Northern District of Georgia.

    4.    Movant designates Adam Gilbert, a resident Florida attorney, of the law firm of Underwood Murray, P.A., who is qualified to practice in this Court and who consents to designation as local counsel. Local counsel's written designation and consent to act is attached as Exhibit A.

5. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of Georgia or any other state, nor from any United States Bankruptcy Court, District Court, or Court of Appeals.

6. Movant certifies that he has not previously moved for admission *pro hac vice* to appear in a proceeding in the United States District Court for the Middle District of Florida, except as follows: N/A

7. Movant certifies further that he will make himself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the Middle District of Florida District Court and the Bankruptcy Division of the United States District Court.

8. Within fourteen days from the date of an order granting this motion, Movant shall pay to the Clerk of the United States District Court for the Middle District of Florida an Attorney Special Admission Fee in the amount of $150.00 accompanied by a copy of the Court's order. Upon payment of the fee, Movant shall file a Notice of Compliance with the Clerk of the United States Bankruptcy Court.

WHEREFORE, Movant respectfully requests entry of an order authorizing his admission to practice and represent NOWAccount Network Corporation in this case and any related proceedings.

Dated: June 9, 2021.

Respectfully submitted,

*/s/ David N. Dreyer*
David N. Dreyer
Georgia Bar No. 141322
Dreyer Sterling, LLC
437 Memorial Drive, Suite A2
Atlanta, GA 30312

Tel: 404-234-4447
Email: david@dreyersterling.com
*Attorneys for NOWAccount Network Corporation*

## FILER'S ATTESTATION

Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Adam Gilbert attests the concurrence in the filing of this paper has been obtained.

*/s/ Adam Gilbert*
Adam Gilbert

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court and has been furnished electronically to all those parties registered to receive service via CM/ECF this 9th day of June, 2021.

*/s/ Adam Gilbert*
Scott A. Underwood
Florida Bar No. 0730041
Adam Gilbert
Florida Bar No. 1011637
UNDERWOOD MURRAY, P.A.
Regions Building
100 N. Tampa St., Suite 2325
Tampa, FL  33602
Tel: (813) 540-8401 / Fax: (813) 553-5345
Email:  sunderwood@underwoodmurray.com
            agilbert@underwoodmurray.com
*Attorneys for NOWAccount Network Corporation*

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                 Case No. 8:21-bk-02588-CPM

WORK CAT FLORIDA, LLC f/k/a                           Chapter 11
WORK CAT TRANS GULF, LLC,

        Debtor
_____/

**WRITTEN DESIGNATION AND CONSENT TO ACT AS LOCAL COUNSEL**

    I, Adam Gilbert, an attorney qualified to practice in this Court, consent to designation as the local attorney for David N. Dreyer of Dreyer Sterling, LLC, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and any related proceedings, and upon whom papers shall be served.

    Dated: June 9, 2021.

                                                                      Respectfully submitted,

                                                                       */s/ Adam Gilbert*
                                                                       Scott A. Underwood
                                                                       Florida Bar No. 0730041
                                                                       Adam Gilbert
                                                                       Florida Bar No. 1011637
                                                                       UNDERWOOD MURRAY, P.A.
                                                                       Regions Building
                                                                       100 N. Tampa St., Suite 2325
                                                                       Tampa, FL  33602
                                                                       Tel: (813) 540-8401 / Fax: (813) 553-5345
                                                                       Email: sunderwood@underwoodmurray.com
                                                                                   agilbert@underwoodmurray.com
                                                                       *Local Counsel for NOWAccount Network*
                                                                       *Corporation*