ORDERED.

Dated: June 11, 2021

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

WORK CAT FLORIDA, LLC f/k/a
WORK CAT TRANS GULF, LLC,

Debtor.
_____/

Case No.: 8:21-bk-02588-CPM

Chapter 11

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION TO APPROVE SALE OF POST-PETITION RECEIVABLES TO OTI ENTERPRISE, INC.**

THIS MATTER came before the Court for hearing, on an emergency basis, on June 8, 2021 at 1:30 P.M. (the "Hearing") upon the *Debtor's Emergency Motion to Approve Sale of Post-Petition Receivables to OTI Enterprise, Inc.* [ECF No. 65] (the "Motion").[1] The Court, having reviewed the Motion, having heard argument of counsel to the parties, having found that good and sufficient cause exists in support of the relief granted herein, having found that such relief is in the best interest of the Debtor, its creditors and all other parties in interest, it is hereby:

**ORDERED** as follows:

1. The Motion is GRANTED.

2. The Debtor is authorized to sell the Landstar Receivables to OTI post-petition as

---

[1] All capitalized terms used herein and not otherwise defined shall have the meanings set forth in the Motion.

described in the Motion, and consistent with the due process requirements of Section 363 of the Bankruptcy Code.

      3.      The Court's oral ruling was effective upon rendition at the Hearing, and the terms and conditions of this order shall likewise be immediately effective and enforceable upon its entry, notwithstanding any applicability of Bankruptcy Rule 6004(h).

      4.      This Court has and will retain jurisdiction to enforce this Order according to its terms.

* * *

*Eric D. Jacobs, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.*