**[Dogmaphv]** [District Order Granting Motion to Appear Pro Hac Vice]

ORDERED.

**Dated: June 21, 2021**

*Catherine M. McEwen*

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                        Case No.
                                                             8:21–bk–02588–CPM
                                                             Chapter 11

Work Cat Florida LLC
fka Work Cat Trans Gulf, LLC

_____ Debtor*_____/

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE
### AND DIRECTING PAYMENT TO THE UNITED STATES DISTRICT COURT

   THIS CASE came on for consideration, without hearing, of the Motion to Appear Pro Hac Vice (Document # *86* ) ("Motion") of attorney  *J Stephen Simms* for representation of  *Glander International Bunkering, Inc.,* . Accordingly, it is *ORDERED:*

   1. The Motion is Granted.

   2. Attorney  *J Stephen Simms* is admitted to appear before this Court in this case and any related adversary proceeding as counsel for  *Glander International Bunkering, Inc.,* subject to Local Rule 2090–1.

   3. Within fourteen days from the date of this order, attorney  *J Stephen Simms* shall pay to the Clerk, of the United States District Court for the Middle District of Florida, an Attorney Special Admission Fee in the amount of $150.00 and upon payment of the fee, file a Notice of Compliance with the Clerk of the U.S. Bankruptcy Court. Procedures for Attorney Special Admission are available on the U.S. District Court's website.

   4. Upon completion of the Court's electronic filing registration forms and requirements, the Clerk is directed to issue attorney  *J Stephen Simms* , a temporary login and password to the Court's electronic filing system (CM/ECF) with filing privileges limited to this case and any related adversary proceedings. CM/ECF access request should be directed to the ECF Helpdesk at ecfhelp@flmb.uscourts.gov. PACER accounts required for viewing, must be set up by the attorney through PACER at http://www.pacer.gov.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.