ORDERED.

Dated: June 22, 2021

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:

WORK CAT FLORIDA, LLC,

    Debtor.

Case No.: 8:21-bk-02588-CPM

Chapter 11

### ORDER GRANTING, IN PART, TRAILER BRIDGE, INC.'S
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

THIS CASE came before the Court upon the Motion (the "Motion") (Doc. 58)[1] of Trailer Bridge, Inc. ("Trailer Bridge") for relief from the automatic stay. The Court having reviewed the Motion and having considered the record of this case and being otherwise advised on the premises, and for the reasons stated orally and recorded in open court at the hearing held on June 17, 2021 that shall constitute the decision of the Court, it is therefore,

**ORDERED**:

1.    The Motion is GRANTED, in part.

2.    The automatic stay imposed by 11 U.S.C. § 362 is lifted effective immediately with respect to the barge leased to the Debtor named the "Atlanta Bridge."

---

[1] Unless otherwise noted, defined terms from the Motion are incorporated by reference herein.

58687041;1

2

      3.      The provisions of Bankruptcy Rule 4001(a)(3) are hereby waived and Trailer Bridge may enforce its rights immediately upon entry of this Order.


Attorney Steven Wirth is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.