# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 21-02588 CPM  
**Case Name:** WORK CAT FLORIDA LLC  

**Period Ending:** 03/31/22

**Trustee:** (290770) DOUGLAS N. MENCHISE  
**Filed (f) or Converted (c):** 05/18/21 (f)  
**§341(a) Meeting Date:** 07/28/21  
**Claims Bar Date:** 08/31/21  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at The Bank of Tampa, xxxxxx797<br>Imported from original petition Doc# 1 | 15,531.10 | 15,531.10 | | 0.00 | FA |
| 2 | Retainer - held by Genovese Joblove & Battista,<br>Imported from original petition Doc# 1 | 10,272.50 | 10,272.50 | | 0.00 | FA |
| 3 | workcattransgulf.com.<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | workcat.net.<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | workcat.biz.<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Potential lost revenue claim against Louisiana I<br>Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 7 | A/R 90 days old or less. Face amount = $24,750.0<br>Imported from original petition Doc# 1 | 24,750.00 | 24,750.00 | | 0.00 | FA |
| 8 | A/R 90 days old or less. Face amount = $1,468.05<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Laptop & Monitors.<br>Imported from original petition Doc# 1 | 750.00 | 750.00 | | 0.00 | FA |
| 10 | iPhone cell phone.<br>Imported from original petition Doc# 1 | 900.00 | 900.00 | | 0.00 | FA |
| 11 | Steel Shipping Containers.<br>Imported from original petition Doc# 1 | 644,174.23 | 644,174.23 | | 1,332,625.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 21-02588 CPM  
**Case Name:** WORK CAT FLORIDA LLC  

**Period Ending:** 03/31/22

**Trustee:** (290770)   DOUGLAS N. MENCHISE  
**Filed (f) or Converted (c):** 05/18/21 (f)  
**§341(a) Meeting Date:** 07/28/21  
**Claims Bar Date:** 08/31/21

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 11   Assets   Totals  (Excluding unknown values) | $696,377.83 | $696,377.83 | | $1,332,625.00 | $0.00 |

**Major Activities Affecting Case Closing:**

3-7-22 court order granting motion to compel discovery. 2/3/22 court order approving employment of special maritime special counsel to trustee. 2-2-22 trustee' files application to employ special maritime counsel. 2-1-22 court order entered granting trustee's motion to approve settlement with port of brownsville texas.  1-31-22 court orders entered approving numerous creditor applications for administrative expense claims. 1-3-22 trustee filed motion to compromise with port of brownsille texas re assets held at port. 12/13/21 court hearing on all pending matters. 12-7-21 trustee files adversary summons and complaint against Louisianna international marine llc adv 21-ap-408 to recover damages causee to debtors barge while transporting goods in the gulf of mexico.     12-2-21 all matters on court docket continued to 12-12-21.  12/1/21 trustee filed adversay summons and complaint 21-ap-399 against main creditor vetting inc for fraudulaent and preferential transfer recovery. 11/4/21- Final Bill from SC&H Group, Inc., check #10101, $125,000.00; 10-25-21 steve berman approved as special counsel to trustee. 9/22/21- SERVED ORDER AND FILED PROOF OF SERVICE de#224; 9-20-21 court hearing on numerous creditors motions for administrative expense claims both in chapert 11 and chapter 7 (note:  trustee filed objections to all applications for admin claims) matters on court docket continued in open court to 11-29-21.  . 9/17/21- Uploaded new order on application to employ accountant; 9/15/21- filed app to emply acountant and uploaded order; 8-2-21 court order granting trustee's motion to sell assets of the estate. 7/29/21 court hearing on trustee's emergency motion to sell assets of the estate.  7-23-21 trustee filed emergency motion to sell assets of the estate free and clear of liens.   7/2/21 court order approvimg ken mann as broker for the estate.  7/1/21 applicaion filed by trustee to hire ken mann as business broker for trustee to sell dbtor's assets. 6/30/21 court hearing on applicaion and objection to hireing steve berman as special counsel .  6/28/21 court order granting turnover of estate assets. 6/24/21 court hearing on turnover , etc.  6/25/2021- Proof of Service Doc. No. 117 ( Order Approving Application to Employ Attorney).  6/24/21 Douglas Menchise approved as general counsel for estate. 6/22/21 emergency motion to compel turnover of estate assets filed by trustee. 6/22/21 objection filed to Steve Berman being ppointed special counsel.  6/22/21 Steve Berman applied to be special counsel to estate.  6-18-21 trustee inspected debtor's place of business with creditors at port of tampa. 6/17/21 case converted to chapter 7.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 21-02588 CPM  
**Case Name:** WORK CAT FLORIDA LLC  
**Period Ending:** 03/31/22

**Trustee:** (290770)   DOUGLAS N. MENCHISE  
**Filed (f) or Converted (c):** 05/18/21 (f)  
**§341(a) Meeting Date:** 07/28/21  
**Claims Bar Date:** 08/31/21

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 30, 2022     **Current Projected Date Of Final Report (TFR):** August 31, 2023

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 21-02588 CPM | Trustee: | DOUGLAS N. MENCHISE (290770) |
|---|---|---|---|
| Case Name: | WORK CAT FLORIDA LLC | Bank Name: | Metropolitan Commercial Bank |
| | | Account: | ******8418 - Checking Account |
| Taxpayer ID #: | **-***7780 | Blanket Bond: | $35,756,000.00   (per case limit) |
| Period Ending: | 03/31/22 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/28/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 837,500.00 | | 837,500.00 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 357.94 | 837,142.06 |
| 11/04/21 | 10101 | SC&H Group, Inc. | Commission Fee to Broker for Sale of Containers (Invoice #284619) (Court Order Doc. No. 174, 8/06/21) | 3992-510 | | 125,000.00 | 712,142.06 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 1,290.92 | 710,851.14 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 1,177.28 | 709,673.86 |
| 01/06/22 | {11} | Shumaker, Loop & Kendrick, LLP | Sale of Steel Shipping Containers | 1129-000 | 495,125.00 | | 1,204,798.86 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 1,681.44 | 1,203,117.42 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 1,799.91 | 1,201,317.51 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 2,118.12 | 1,199,199.39 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1,332,625.00 | 133,425.61 | $1,199,199.39 |
| Less: Bank Transfers | 837,500.00 | 0.00 | |
| **Subtotal** | 495,125.00 | 133,425.61 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$495,125.00** | **$133,425.61** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 21-02588 CPM | | Trustee: | DOUGLAS N. MENCHISE (290770) |
|---|---|---|---|---|
| Case Name: | WORK CAT FLORIDA LLC | | Bank Name: | People's United Bank |
| | | | Account: | ******6240 - Checking Account |
| Taxpayer ID #: | **-***7780 | | Blanket Bond: | $35,756,000.00 (per case limit) |
| Period Ending: | 03/31/22 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/20/21 | {11} | SHUMAKER, LOOP & KENDRICK, LLP | SALE OF STEEL SHIPPING CONTAINERS | 1129-000 | 837,500.00 | | 837,500.00 |
| 10/28/21 | | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2724 | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2724 | 9999-000 | | 837,500.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 837,500.00 | 837,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 837,500.00 | |
| | | | **Subtotal** | | 837,500.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$837,500.00** | **$0.00** | |

```
Net Receipts :    1,332,625.00
                  _____
Net Estate :     $1,332,625.00
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******8418** | 495,125.00 | 133,425.61 | 1,199,199.39 |
| **Checking # ******6240** | 837,500.00 | 0.00 | 0.00 |
| | $1,332,625.00 | $133,425.61 | $1,199,199.39 |

{} Asset reference(s)