UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In Re:

Work Cat Florida LLC f/k/a            Case No.: 8:21-bk-02588-CPM
Work Cat Trans Gulf, LLC,           Chapter 7 Case

    Debtor.
_____/

**FOURTH INTERIM APPLICATION OF SHUMAKER, LOOP & KENDRICK, LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS SPECIAL COUNSEL TO THE TRUSTEE FOR THE PERIOD
FROM JANUARY 1, 2024, THROUGH OCTOBER 31, 2024**

**NOTICE OF APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
AND OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Steven M. Berman, Esquire, special counsel for Douglas N. Menchise, as Chapter 7 Trustee filed an application for compensation in the amount of $51,995.00 and reimbursement of expenses in the amount of $5,205.25 (the "Fourth Interim Fee Application"). A copy of the Fourth Interim Fee Application is being filed with this notice and may also be viewed on the case docket or may be obtained by request to the Applicant at 813-229-7600 or sberman@shumaker.com.

If you object to the Fourth Interim Fee Application, you must file an objection with the Clerk of the Court at Sam M. Gibbons U.S. Courthouse, 801 North Florida Avenue, Suite 555, Tampa, Florida 33602 within 21 days from the date of the attached proof of service below, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (i) notify you of a hearing date, or (2) consider the Fourth Interim Fee Application and approve or disapprove the Third Interim Fee Application without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Fourth Interim Fee Application, and the Court will consider the Fourth Interim Fee Application without further notice or hearing.

1

**S<small>UMMARY</small>/C<small>OVER</small> S<small>HEET</small>**

Name of Applicant:	Shumaker, Loop & Kendrick, LLP

Services provided to:	Douglas N. Menchise, Chapter 7 Trustee

Date of Retention:	October 25, 2021 (Order at Doc. 234)

Period for this Application:	January 1, 2024, through October 31, 2024

Amount of Compensation Sought:	$51,995.00

Amount of Expense Reimbursement:	$5,205.25

Amount of Original Retainer:	$0	Current Balance:  $0

Fees Requested by Professional:

| NAME OF PROFESSIONAL | BAR ADMISSION | HOURS BILLED | HOURLY RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| **Attorneys** | | | | |
| Berman, Steven M. | 1990 | 13.2 | $635.00 | $8,382.00 |
| Berliner, Stacy | | 4.2 | $505.00 | $2,121.00 |
| Bilirakis, Michael C. | 2023 | 6.9 | $295.00 | $2,035.50 |
| Bilirakis, Michael C. | 2023 | 0.4 | $305.00 | $122.00 |
| Brusa, Elizabeth R. | 2016 | 28.7 | $410.00 | $11,767.00 |
| Morency, Francis | 2023 | 53 | $300.00 | $15,900.00 |
| Morency, Francis | 2023 | 28.5 | $310.00 | $8,835.00 |
| **Paralegals/Staff** | | | | |
| Hutton, Laura J. | NA | 10.3 | $275.00 | $2,832.50 |
| **Totals** | | **145.2** | | **$51,995.00** |

Blended Attorneys'[1] Hourly Rate this Application:	$364.43
Blended Professionals'[2] Hourly Rate this Application:	$275.00
Blended Attorneys' and Professionals' Hourly Rate this Application:	$358.09

This is an: ✓ Interim: ___ Final Application

Disclose the following for each prior application: N/A

Steven M. Berman, Esq. and the law firm of Shumaker and Loop & Kendrick, LLP (collectively "Shumaker"), pursuant to 11 U.S.C. §§ 503 and 330; Fed.R.Bankr.P. 2016; and

---

[1] Excludes paralegals and paraprofessionals.
[2] Excludes attorneys.

2

31793640v1

Local Rule 2016-1, hereby file this their Third Interim Application for the Allowance and Payment of Fees and Costs to Shumaker, Loop & Kendrick, LLP as Special Counsel for the Trustee (the "Third Interim Fee Application") and, in support thereof, state as follows:

## Background Facts

1. On May 18, 2021, Work Cat Florida LLC f/k/a Work Cat Trans Gulf, LLC ("Debtor") filed his voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Petition Date").

2. On June 17, 2021, Douglas N. Menchise ("Trustee") was appointed as Chapter 7 Trustee after the Debtor's case was converted from Chapter 11 to Chapter 7.

3. On June 21, 2021, the Trustee filed its Application for Order Approving Employment of Steven M. Berman, Esquire and the Law Firm of Shumaker, Loop & Kendrick, LLP, as Special Counsel *Nunc Pro Tunc* to June 17, 2021 (Doc. 94) ("Employment Application").

4. On October 25, 2021, this Court entered its Order Approving the Employment Application (Doc. 234).

5. On October 26, 2021, Shumaker filed its First Interim Application for Reimbursement to Shumaker, Loop & Kendrick, LLP for professional fees in the amount of $102,944.00 and costs in the amount of $1,581.25 for the time period beginning June 17, 2021 through September 30, 21 [Doc. 236].

6. On December 6, 2021, this Court entered its Order approving Shumaker's First Interim Application for Reimbursement for professional fees in the amount of $102,944.00 and costs in the amount of $1,581.25 [Doc 267].

7. On October 18, 2022, Shumaker filed its Second Interim Application for Reimbursement to Shumaker, Loop & Kendrick, LLP for professional fees in the amount of

3

$190,698.00 and costs in the amount of $795.26 for the time period beginning October 1, 2021 through September 30, 2022 [Doc. 327].

8. On November 22, 2022, this Court entered its Order approving Shumaker's Second Interim Application for Reimbursement for professional fees in the amount of $190,698.00 and costs in the amount of $795.27 [Doc. 332].

9. On November 8, 2023, Shumaker filed its Third Interim Application for Reimbursement to Shumaker, Loop & Kendrick, LLP for professional fees in the amount of $303,908.00 and costs in the amount of $11,907.30 for the time period beginning October 1, 2022 through September 30, 2023 [Doc. 477].

10. On December 11, 2023, this Court entered its Order approving Shumaker's Third Interim Application for Reimbursement for professional fees in the amount of $303,908.00 and costs in the amount of $11,907.30 [Doc. 480].

**Compensation Requested for the Interim Application Period**

11. This Fourth Fee Application seeks the allowance and payment of fees earned and costs incurred from January 1, 2024, through October 31, 2024 (the "Second Interim Fee Application Period") in the amount of $51,995.00 in fees based on services performed during the Fourth Interim Fee Application Period. This Fourth Interim Fee Application also seeks the allowance and payment of costs incurred by Shumaker during the Fourth Interim Fee Application Period in the amount of $5,205.25.

12. Pursuant to the United States Trustee's fee application guidelines as codified at 28 C.F.R. Part 58, Appendix A, a chart reflecting Shumaker's time entries for this matter arranged

by project category is attached hereto as **Exhibit A**[3], a chart reflecting Shumaker's reimbursable expenses is attached as **Exhibit B**, and summaries of Shumaker's fees incurred by timekeeper and project category are set forth below.

## Summary of Fees by Project Category

13.   A detailed breakdown as to the fees incurred for each project category is set forth below. Generally, the fees incurred by project category are as follows:

| Project Category | Hours | Total Fees |
|---|---|---|
| S102 General Case Administration | 20.7 | $6,168.00 |
| S103 Asset Analysis and Recovery | 18 | $9,175.00 |
| S104 Discovery and Fact Investigation / Development | 45.9 | $15,888.00 |
| S106 Settlement/Alternative Dispute Resolution | 29.8 | $10,054.50 |
| S107 Pleadings/Motions | 26.7 | $8,758.50 |
| S108 Trial/Hearing/Court-Mandated Conference Preparation and Attendance | 4.6 | $1,951.00 |
| **Totals** | **145.2** | **$51,995.00** |

### A.   S102 General Case Administration

*Description*: This project category encompasses necessary administrative matters, including review and analysis, case intake, preparation of filing adversary complaint, and general motion practice related to the Debtor.

*Time spent and compensation requested for each professional:*

| Timekeeper | Hours | Fees |
|---|---|---|
| Berman, Steven M. | 0.8 | $508.00 |
| Bilirakis, Michael C. | 3.3 | $977.50 |
| Brusa, Elizabeth R. | 1 | $410.00 |
| Hutton, Laura J. | 10.3 | $2,832.50 |
| Morency, Francis | 4.8 | $1,440.00 |
| **Total** | **20.2** | **$6,168.00** |

---

[3] The actual time entries will, with redactions of privileged disclosures, be made be available upon request. A summary is attached for filing purposes as the time entries reveal strategy and privileged material.

31793640v1

**B.     S103 Asset Analysis and Recovery**

*Description*: This project category encompasses the identification and valuation of assets and review of financial accounting information. This project category also encompasses preparation, review, and filing of adversary complaints for recovery of assets. Additionally, this project category encompasses work performed as it relates to the review and analysis of outstanding accounting receivables.

*Time spent and compensation requested for each professional:*

| Timekeeper | Hours | Fees |
|---|---|---|
| Berman, Steven M. | 8.7 | $5,524.50 |
| Berliner, Stacy | 4.2 | $2,121.00 |
| Bilirakis, Michael C. | 0.1 | $29.50 |
| Morency, Francis | 5 | $1,500.00 |
| **Total** | **18** | **$9,175.00** |

**C.     S104 Discovery and Fact Investigation / Development**

*Description*: This project category encompasses preparation of written, Rule 2004 discovery, depositions and third party discovery. This project category also encompasses review of responsive documents produced and work related to turnover.

*Time spent and compensation requested for each professional:*

| Timekeeper | Hours | Fees |
|---|---|---|
| Berman, Steven M. | 0.7 | $444.50 |
| Bilirakis, Michael C. | 0.1 | $29.50 |
| Brusa, Elizabeth R. | 16.5 | $6,765.00 |
| Morency, Francis | 28.6 | $8,649.00 |
| **Total** | **45.9** | **$15,888.00** |

**D.     S106 Settlement/Alternative Dispute Resolution Total**

*Description:* This project category encompasses work on settlement and alternative dispute resolution.

*Time spent and compensation requested for each professional:*

| Timekeeper | Hours | Fees |
|---|---|---|
| Berman, Steven M. | 1.7 | $1,079.50 |
| Brusa, Elizabeth R. | 3.6 | $1,476.00 |
| Morency, Francis | 24.5 | $7,499.00 |
| **Total** | **29.8** | **$10,054.50** |

### E.  S107 Pleadings / Motions

*Description*: This project category encompasses preparation of motions, applications and other requests for relief.

*Time spent and compensation requested for each professional:*

| Timekeeper | Hours | Fees |
|---|---|---|
| Berman, Steven M. | 0.3 | $190.50 |
| Bilirakis, Michael C. | 3.8 | $1,121.00 |
| Brusa, Elizabeth R. | 5.6 | $2,296.00 |
| Morency, Francis | 17 | $5,151.00 |
| **Total** | **26.7** | **$8,758.50** |

### F.  S108 Trial / Hearing / Court Mandated Conference Preparation & Attend

*Description:* This project category encompasses preparation for and attendance at hearings and other court-mandated conferences.

*Time spent and compensation requested for each professional:*

| Timekeeper | Hours | Fees |
|---|---|---|
| Berman, Steven M. | 1 | $635.00 |
| Brusa, Elizabeth R. | 2 | $820.00 |
| Morency, Francis | 1.6 | $496.00 |
| **Total** | **4.6** | **$1,951.00** |

**Description of Services for Which Fee and Costs Award is Sought**

14. The substantial bulk of time during this Fourth Interim Period was devoted to initial diligence regarding the case, addressing pressing matters of identifying, locating and marshalling personal property assets for sale both to generate sales proceeds with a minimum of administrative expenses.

15. Ongoing asset recovery investigation and litigation continues with respect to other litigation targets.

16. It is expected that insurance coverage litigation, along with the collection of accounts receivable, will make up the bulk of the work expected over the coming months.

**WHEREFORE**, Shumaker respectfully requests this Court enter an Order approving this Fourth Interim Fee Application, allowing the Firm fees in the amount of $51,995.00 and reimbursement of expenses incurred in the amount of $5,205.25, for a total of **$57,200.25** and further relief as this Court deems just and appropriate.

Dated: December 5, 2024.

        **SHUMAKER, LOOP & KENDRICK, LLP**

        By: /s/ Steven M. Berman
          **Steven M. Berman, Esquire**
          Florida Bar No. 856290
          sberman@shumaker.com
          101 E. Kennedy Blvd., Suite 2800
          Tampa, Florida 33602
          Phone (813) 229-7600
          Facsimile (813) 229-1660
          *Counsel for Ch. 7 Trustee*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 5, 2024, the foregoing was furnished by CM/ECF notice to all counsel of record, and served via U.S. Mail to the following:

**United States Trustee - TPA7/13, 7**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602
*Via U.S. Mail*

**Work Cat Florida LLC fka Work Cat Trans Gulf, LLC**
**c/o Eric D Jacobs**
Genovese Joblove & Batista, P.A.
100 North Tampa Street, Suite 2600
Tampa, FL 33602
*Via CM/ECF*

**Nathan A Wheatley**
Office of the U.S. Trustee
501 E. Polk St., Suite1200
Tampa, FL 33602
*Via CM/ECF*

All Creditors that have filed claims on the attached mailing matrix.

      */s/ Steven M. Berman*
      Attorney

31793640v1