EXHIBIT A

| Task | Task Desc | Tkpr Name | Sum of Work Hours | Sum of Work Amount |
|---|---|---|---|---|
| S102 | General Case Administration | Berman, Steve M. | 0.8 | $ 508.00 |
| | | Bilirakis, Michael C. | 3.3 | $ 977.50 |
| | | Brusa, Elizabeth R. | 1 | $ 410.00 |
| | | Hutton, Laura J. | 10.3 | $ 2,832.50 |
| | | Morency, Francis | 4.8 | $ 1,440.00 |
| | **General Case Administration Total** | | **20.2** | **$ 6,168.00** |
| **S102 Total** | | | **20.2** | **$ 6,168.00** |
| S103 | Asset Analysis and Recovery | Berman, Steve M. | 8.7 | $ 5,524.50 |
| | | Bilirakis, Michael C. | 0.1 | $ 29.50 |
| | | Morency, Francis | 5 | $ 1,500.00 |
| | | Berliner, Stacy RC | 4.2 | $ 2,121.00 |
| | **Asset Analysis and Recovery Total** | | **18** | **$ 9,175.00** |
| **S103 Total** | | | **18** | **$ 9,175.00** |
| S104 | Discovery and Fact Investigation / Development | Berman, Steve M. | 0.7 | $ 444.50 |
| | | Bilirakis, Michael C. | 0.1 | $ 29.50 |
| | | Brusa, Elizabeth R. | 16.5 | $ 6,765.00 |
| | | Morency, Francis | 28.6 | $ 8,649.00 |
| | **Discovery and Fact Investigation / Development Total** | | **45.9** | **$ 15,888.00** |
| **S104 Total** | | | **45.9** | **$ 15,888.00** |
| S106 | Settlement / Alternative Dispute Resolution | Berman, Steve M. | 1.7 | $ 1,079.50 |
| | | Brusa, Elizabeth R. | 3.6 | $ 1,476.00 |
| | | Morency, Francis | 24.5 | $ 7,499.00 |
| | **Settlement / Alternative Dispute Resolution Total** | | **29.8** | **$ 10,054.50** |
| **S106 Total** | | | **29.8** | **$ 10,054.50** |
| S107 | Pleadings / Motions | Berman, Steve M. | 0.3 | $ 190.50 |
| | | Bilirakis, Michael C. | 3.8 | $ 1,121.00 |
| | | Brusa, Elizabeth R. | 5.6 | $ 2,296.00 |
| | | Morency, Francis | 17 | $ 5,151.00 |
| | **Pleadings / Motions Total** | | **26.7** | **$ 8,758.50** |
| **S107 Total** | | | **26.7** | **$ 8,758.50** |
| S108 | Trial / Hearing / Court Mandated Conference Preparation & Attend | Berman, Steve M. | 1 | $ 635.00 |
| | | Brusa, Elizabeth R. | 2 | $ 820.00 |
| | | Morency, Francis | 1.6 | $ 496.00 |
| | **Trial / Hearing / Court Mandated Conference Preparation & Attend Total** | | **4.6** | **$ 1,951.00** |
| **S108 Total** | | | **4.6** | **$ 1,951.00** |
| (blank) | (blank) | (blank) | | |
| | **(blank) Total** | | | |
| **(blank) Total** | | | | |
| **Grand Total** | | | **145.2** | **$ 51,995.00** |