EXHIBIT B

| Work Date | Cost Code | Cost Description | Work Rate | Sum of Work Qty | Sum of Work Amount |
|---|---|---|---|---|---|
| 5/31/2024 | S160 | Westlaw Court Document | $ 58.20 | 1 | $ 58.20 |
|  | S170 | Litigation Hosting | $ 25.03 | 1 | $ 25.03 |
| 9/18/2024 | H195 | Court Costs | $ 34.00 | 1 | $ 34.00 |
| 9/30/2024 | S275 | Secretarial Overtime | $ 16.88 | 1 | $ 16.88 |
|  | S170 | Litigation Hosting | $ 25.04 | 1 | $ 25.04 |
| 10/31/2024 | S170 | Litigation Hosting | $ 25.03 | 1 | $ 25.03 |
| (blank) | (blank) | (blank) | (blank) |  |  |
| 1/31/2024 | S170 | Litigation Hosting | $ 18.78 | 1 | $ 18.78 |
| 2/29/2024 | S170 | Litigation Hosting | $ 25.04 | 1 | $ 25.04 |
| 3/31/2024 | S170 | Litigation Hosting | $ 25.03 | 1 | $ 25.03 |
| 4/30/2024 | S170 | Litigation Hosting | $ 25.03 | 1 | $ 25.03 |
| 6/30/2024 | S170 | Litigation Hosting | $ 25.03 | 1 | $ 25.03 |
| 7/31/2024 | S170 | Litigation Hosting | $ 6.02 | 1 | $ 6.02 |
|  |  |  | $ 19.01 | 1 | $ 19.01 |
| 8/31/2024 | S170 | Litigation Hosting | $ 25.03 | 1 | $ 25.03 |
| 3/22/2024 | H190 | Deposition | $ 175.00 | 1 | $ 175.00 |
| 7/15/2024 | H240 | Copies of Transcripts | $ 2,242.29 | 1 | $ 2,242.29 |
| 8/20/2024 | S275 | Secretarial Overtime | $ 25.32 | 1 | $ 25.32 |
| 2/7/2024 | S100 | Copies | $ 0.20 | 8 | $ 1.60 |
| 2/14/2024 | S275 | Secretarial Overtime | $ 25.33 | 1 | $ 25.33 |
| 4/17/2024 | H240 | Copies of Transcripts | $ 164.71 | 1 | $ 164.71 |
| 6/20/2024 | H305 | Miscellaneous | $ 2,217.85 | 1 | $ 2,217.85 |
| **Grand Total** |  |  |  | **28** | **$ 5,205.25** |