| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:21-bk-02588-CPM<br>Middle District of Florida<br>Tampa<br>Thu Dec  5 22:17:48 EST 2024 | AirIQ, Inc.<br>c/o Kathleen L. DiSanto, Esq.<br>Bush Ross, P.A.<br>PO Box 3913<br>Tampa, FL 33601-3913 | Brazos Santiago Launch Servi<br>158 Isabella Point Drive<br>Port Isabel, TX 78578-4215 |
| Brownsville Navigation District<br>of Cameron County, Texas<br>c/o Daniel L. Rentfro, Jr., Esq.<br>1650 Paredes Line Road, Ste 102<br>Brownsville, Texas 78521-1665 | CSX Intermodal Terminals, Inc.<br>McGuireWoods LLP (attn: John H. Maddock<br>800 East Canal Street<br>Richmond, VA 23219-3916 | City of Tampa<br>315 E. Kennedy Boulevard<br>5th Floor, Old City Hall<br>315 E. Kennedy Boulevard, 5th Floor, Old<br>Tampa, FL 33602-5211 |
| Couhig Partners LLC<br>3250 Energy Center<br>1100 Poydras Street<br>New Orleans, LA 70163-1101 | Direct Chassis Link, Inc.<br>PO Box 603061<br>Charlotte, NC 28260-3061 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Louisiana Int'l Marine, LLC<br>1423 Whitney Avenue<br>Gretna, LA 70056-5027 | Louisiana International Marine, LLC<br>c/o Matthew F. Popp, Esq.<br>650 Poydras Street, Suite 2105<br>New Orleans, LA 70130-6121 | OTI Enterprise, LLC<br>Holcomb & Leung PA<br>3203 W. Cypress St.<br>Tampa, FL 33607-5109 |
| Offshore Towing, Inc.<br>PO Box 1463<br>Larose, LA 70373-1463 | Port Isabel Logistical<br>Offshore Terminal, Inc.<br>PO Box 79189<br>Houston, TX 77279-9189 | Port Logistics Refrigerated Services Inc.<br>c/o Shutts & Bowen LLP<br>4301 W. Boy Scout Blvd., Suite 300<br>Tampa, FL 33607-5716 |
| Sabine Surveyors, LTD<br>5700 Procter Street Extension<br>Port Arthur, TX 77642-0936 | Shrimp Service Dock Association Inc<br>2633 Causeway Blvd<br>Tampa, FL 33619-5166 | Signet Maritime Corporation<br>c/o Lauren Baio, Esq.<br>GrayRobinson, P.A.<br>401 E. Jackson Street, Suite 2700<br>Tampa, FL 33602-5841 |
| Tampa Port Authority dba Port Tampa Bay<br>1101 Channelside Drive<br>Tampa, FL 33602-3611 | Tejas Truck and Trailer Repair<br>1474 W Price Rd<br>Suite 7-296<br>Brownsville, TX 78520-8687 | Trailer Bridge, Inc.<br>c/o Steven R. Wirth, Esq.<br>Akerman, LLP<br>401 E. Jackson Street, #1700<br>Tampa, FL 33602-5250 |
| Vetting LLC<br>1017 Blue Heron Way<br>Tarpon Springs, FL 34689-7142 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Star Leasing Company, LLC | End of Label Matrix<br>Mailable recipients     21<br>Bypassed recipients      1<br>Total                   22 | |